No. 288. JACKSON ET AL. *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. L. Melendez King* for petitioners. No appearance for the United States.

No. 304. THREATT *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Court of Claims, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. David Threatt, pro se.* No appearance for the United States.

No. 437. MILLER *v.* ADERHOLD, WARDEN. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Joseph Miller, pro se.* No appearance for respondent.

No. 479. DUNBAR ET AL. *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Floyd Dunbar* for petitioners. No appearance for the United States.